SHAHNAZ THOMPSON, ET AL, *Appellants,* v. ST. JOSEPH'S HOSPITAL, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 83-2-00410-8, John W. Schumacher, J., entered November 14, 1984. *Affirmed* by unpublished

opinion per Worswick, C.J., concurred in by Reed and Petrich, JJ.